*E-FILED - 3/25/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VICTOR ARTHUR ROLDAN,**<br><br>Plaintiff,<br><br>v.<br><br>**CORRECTIONAL OFFICER J. RODRIGUEZ, et al.,**<br><br>Defendants. | Case No. C 09-2898 RMW (PR)<br><br>xxxxxxxxxxxx **ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION** |

Defendants Rodriguez, Mora, Ruelas, Atchley, Celaya, and Ponder have moved for a forty-five-day extension, up to and including April 22, 2010, in which to file a dispositive motion. The Court has read and considered Defendants' motion to change time and the accompanying declaration of counsel and, good cause appearing,

IT IS ORDERED that Defendants' requested extension of time is GRANTED. The time in which Defendants may file a dispositive motion is extended up to and including April 22, 2010.

//
//
//
//

1

XXXXXXXX Order Granting Defs.' Mot. to Change Time to File Dispositive Mot. (C 09-2898 RMW (PR))

1 | Plaintiff shall file an opposition within thirty days of Defendants' motion filing. Defendants may
2 | thereafter file a reply to Plaintiff's opposition within fifteen days of the receipt and filing of the
3 | opposition by the Court.

5 | Dated: 3/24/10

*Ronald M. Whyte*
HONORABLE RONALD M. WHYTE
United States District Judge

XXXXXXXX | Order Granting Defs.' Mot. to Change Time to File Dispositive Mot. (C 09-2898 RMW (PR))