EDMUND G. BROWN JR.
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General
KYLE A. LEWIS
Deputy Attorney General
State Bar No. 201041
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5500
  Fax: (415) 703-5843
  E-mail: Kyle.Lewis@doj.ca.gov

*Attorneys for Defendants*
*Rodriguez, Mora, Ruelas, Atchley, Celaya, Ponder*
*and Evans*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **VICTOR ARTHUR ROLDAN,**<br><br>Plaintiff,<br><br>v.<br><br>**CORRECTIONAL OFFICER J. RODRIGUEZ, et al.,**<br><br>Defendants. | C 09-2898 RMW (PR)<br><br>**DECLARATION OF KYLE A. LEWIS SUPPORTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND MOTION TO DISMISS** |

I, KYLE A. LEWIS, declare:

1. I am a Deputy Attorney General in the Correctional Law Section of the Office of the Attorney General for the State of California, counsel of record for Defendants Rodriguez, Mora, Ruelas, Atchley, Celaya, Ponder, and Evans. I am competent to testify to the matters set forth in this declaration, and if called upon to do so, I would and could so testify. I submit this declaration in support of Defendants' motion for summary judgment and motion to dismiss.

1

2.    Attached as Exhibit A is a declaration from the custodian of records for Calipatria State Prison regarding documents obtained from the central file of Plaintiff Victor Roldan. (OAG-001.)

3.    Attached as Exhibit B is the "Crime/Incident Report, Part C" concerning the events of March 19, 2007, including Plaintiff's alleged excessive force incident.  (OAG-002 - OAG-020.)

4.    Attached as Exhibit C is a "Crime/Incident Report, Part A" concerning the events of March 19, 2007.  (OAG-021 - OAG-025.)

5.    Attached as Exhibit D is a "Rules Violation Report" concerning Plaintiff Victor Roldan.  (OAG-026 – OAG-031.)

I declare under penalty of perjury that the foregoing is true and correct.  Executed at San Francisco, California, on May _21_, 2010.

_____
Kyle A. Lewis

SF2010200073
40455946.doc

Decl. Lewis Supp. Defs.' Mot. Summ. J. & Mot. Dismiss (C 09-2898 RMW (PR))