# EXHIBIT C

STATE OF CALIFORNIA                                          DEPARTMENT OF CORRECTIONS AND REHABILITATION

# CRIME / INCIDENT REPORT
## PART A - COVER SHEET
CDCR 837-A (Rev. 07/05)

| | | | | |
|---|---|---|---|---|
| PAGE 1 OF 2 | INCIDENT LOG NUMBER SVP-FC3-07-03-0182 | INCIDENT DATE 03/19/07 | INCIDENT TIME 929 | |

| INSTITUTION | FACILITY | FACILITY LEVEL | INCIDENT SITE | LOCATION | | USE OF FORCE |
|---|---|---|---|---|---|---|
| SVSP | C | ☐ I ☐ II ☐ III ☒ IV | Building 3 | Cell 104 | ☐ ASU ☐ SHU ☐ PSU SEG YARD<br>☐ SNY ☐ PHU ☐ CTC ☐ CG ☐ WA<br>☒ GP ☐ RC ☐ RM | ☒ YES ☐ NO |

| SPECIFIC CRIME / INCIDENT | ☒ CCR ☐ P.C. ☐ N/A |
|---|---|
| Battery on Staff (Gassing)/Use of OC Pepper Spray | NUMBER/SUBSECTION: 3005 (c) |

| D. A. REFERRAL ELIGIBLE | CRISIS RESPONSE TEAM ACTIVATED | MUTUAL AID REQUEST | PIO/AA NOTIFIED |
|---|---|---|---|
| ☒ YES ☐ NO | ☐ YES ☒ NO | ☐ YES ☒ NO | ☐ YES ☒ NO |

## RELATED INFORMATION (CHECK ALL THAT APPLY OR N/A)

| DEATH | CAUSE OF DEATH | ASSAULT / BATTERY | TYPE OF ASSAULT / BATTERY | |
|---|---|---|---|---|
| ☐ INMATE | ☐ ACCIDENTAL ☐ NATURAL | ☐ ON INMATE | ☐ BEATING | ☐ SPEARING |
| ☐ STAFF | ☐ EXECUTION ☐ UNKNOWN | ☒ ON STAFF | ☒ GASSING | ☐ STABBING |
| ☐ VISITOR | ☐ HOMICIDE | ☐ ON VISITOR | ☐ POISONING | ☐ STRANGLING |
| ☐ OTHER: | ☐ SUICIDE | ☐ OTHER: | ☐ SEXUAL | ☐ OTHER: |
| | ☒ OVERDOSE | | ☐ SHOOTING | |
| ☒ N/A | ☐ N/A | ☐ N/A | ☐ SLASHING | ☐ N/A |

| SERIOUS INJURY | INMATE WEAPONS | | TYPE OF WEAPON / SHOTS FIRED / FORCE | | | |
|---|---|---|---|---|---|---|
| ☐ INMATE | ☐ CHEMICAL SUBSTANCE | TYPE: | WEAPON: | WARNING # | EFFECT # | BATON ROUND |
| ☐ STAFF | ☐ CLUB / BLUDGEON | ☐ COMMERCIAL WEAPON | ☐ MINI 14 | | | TYPE / NO: |
| ☐ VISITOR | ☐ EXPLOSIVE | | ☐ 38 CAL. | | | WOOD |
| ☐ OTHER: | ☐ FIREARM | ☐ INMATE MANUFACTURED | ☐ 9MM | | | RUBBER |
| | ☐ HANDS / FEET | WEAPON | ☐ SHOTGUN | | | FOAM |
| ☒ N/A | ☐ KNIFE | | LAUNCHER: | | | STINGER: |
| | ☐ SAP/SLUNG SHOT | | ☐ 37MM | | | .32 (A) |
| | ☐ PROJECTILE | | ☐ L8 | | | .60 (B) |
| ESCAPES | ☐ SPEAR | | ☐ 40MM | | | EXACT IMPACT |
| | ☐ SLASHING INSTRUMENT: (TYPE) | | ☐ 40MM MULTI | | | CTS 4557 |
| ☐ W / FORCE | ☐ STABBING INSTRUMENT: (TYPE) | | ☐ HFWRS | | | XM 1006 |
| ☐ W/O FORCE | ☐ OTHER: | | FORCE | | | CHEMICAL |
| ☐ ATTEMPTED | | | ☐ EXPANDABLE BATON | | | ☒ OC 4 |
| | ☐ BODILY FLUID ☐ OTHER FLUID: | | ☐ PHYSICAL FORCE | | | ☐ CN |
| ☒ N/A | ☒ UNKNOWN LIQUID | | ☐ X10 | | | ☐ CS |
| | ☐ N/A | | ☐ OTHER: | | | ☐ N/A |

| CONTROLLED SUBSTANCE | WEIGHT | PROGRAM STATUS | EXCEPTIONAL ACTIVITY | |
|---|---|---|---|---|
| ☐ POSITIVE UA | ☐ WITH PACKAGING | ☐ MODIFIED PROGRAM | ☐ EMPLOYEE JOB ACTION | ☐ WEATHER |
| ☐ CONTROLLED MEDS | ☐ W/O PACKAGING | ☐ LOCKDOWN | ☐ ENVIRONMENTAL HAZARD | ☐ SEARCH WARRANT |
| | PRELIMINARY LAB | ☐ STATE OF EMERGENCY | ☐ EXPLOSION | ☐ ARREST |
| ☐ AMPHETAMINE | | | ☐ FIRE | ☐ OTHER: |
| ☐ BARBITURATES | | IF YES, LIST AFFECTED | ☐ GANG/DISRUPTIVE GROUP | |
| ☐ COCAINE | | PROGRAMS: | ☐ HOSTAGE | |
| ☐ CODEINE | | | ☐ INMATE STRIKE | |
| ☐ HEROIN | | | ☐ MAJOR DISTURBANCE | EXTRACTION: |
| ☐ MARIJUANA/THC | | | ☐ MAJOR POWER OUTAGE | ☐ CALCULATED |
| ☐ METHAMPHETAMINE | | | ☐ NATURAL DISASTER | ☐ EMERGENCY |
| ☐ MORPHINE | | | ☐ PUBLIC DEMONSTRATION | |
| ☐ OTHER: | | ☒ N/A | ☐ SPECIAL INTEREST I/M | ☒ N/A |
| ☒ N/A | | | | |

BRIEF DESCRIPTION OF INCIDENT (ONE OR TWO SENTENCES):

On March 19, 2007 at approximately 0929 hours an inmate threw an unknown liquid substance through the open foodport striking an officer and sergeant. Staff utilized OC pepper to gain control of the incident.

COMPLETE SYNOPSIS / SUMMARY ON PART A1

| NAME OF REPORTING STAFF (PRINT/TYPE) | TITLE | ID # | BADGE # |
|---|---|---|---|
| J. Celaya | Lt | ████ | ████ |

| SIGNATURE OF REPORTING STAFF | PHONE EXT. (INCIDENT SITE) 6502 | DATE 03/20/07 |
|---|---|---|

| NAME OF WARDEN / AOD (PRINT/SIGN) | TITLE | DATE |
|---|---|---|
| G. Ponder | Captain | 3/3/07 |

OAG - 021

STATE OF CALIFORNIA                                                  DEPARTMENT OF CORRECTIONS AND REHABILITATION
CRIME / INCIDENT REPORT
PART A1 - SUPPLEMENT
CDCR 837-A1 (07/05)

| | | |
|---|---|---|
| PAGE __2__ OF __2__ | INCIDENT LOG NUMBER | SVP-FC3-07-03-0182 |

| INSTITUTION | FACILITY | INCIDENT DATE | INCIDENT TIME |
|---|---|---|---|
| SVSP | C | 03/19/07 | 929 |

TYPE OF INFORMATION:
☒ SYNOPSIS/SUMMARY OF INCIDENT    ☐ SUPPLEMENTAL INFORMATION    ☐ AMENDED INFORMATION    ☐ CLOSURE REPORT

NARRATIVE:

On March 20, 2007 at approximately 0929 hours as the facility was conducting cell searches Sergeant M. Atchley along with Officers R. Watters, J. Rodriguez and J. Mora approached C3-104 occupied by Inmates Flores H-62771 and Roldan H-05477. As they were approaching the cell Sergeant Atchley observed Inmate Roldan run toward the toilet and began to throw items in the toilet that he identified as possible evidence of gang and/or criminal activity. Orders were given for Inmate Roldan to stop but he refused. Due to his refusal to comply with staff orders and to preserve possible evidence Officer Rodriguez utilized his MK-9 and discharged a burst of pepper spray to the upper torso/facial area of Inmate Roldan. Upon seeing Officer Rodriguez utilizing pepper spray C3 Control Officer G. Cano activated his personal alarm. Inmate Roldan moved to the lower shelve and retrieved additional items which he threw in the toilet while ignoring staff's orders to stop and prone out. Officer Rodriguez his MK-9 and discharged a second burst of pepper spray at the upper torso/facial area of Inmate Roldan. The other occupant of the cell, Inmate Flores, who was at the rear of the cell was observed by staff to grab a state cup and threw the contents through the open foodport striking Sergeant Atchley and Officer Rodriguez. Officer Mora, seeing the assault, utilized his MK-9 and discharged a burst of pepper spray at the upper torso/facial area of Inmate Flores. Both Inmates Flores and Roldan complied with staff's orders and proned out. Staff instructed Inmate Flores to come to the cell door to be placed in handcuffs. As staff were placing handcuffs on Inmate Flores, Inmate Roldan jumped to his feet and grabbed an object from the lower shelf and threw it in the toilet. Officer Rodriguez seeing this ordered Inmate Roldan to stop and prone out. Inmate Roldan refused and began to flush the toilet. Officer Rodriguez utilized an MK-9 and discharged a burst of pepper spray at the facial/upper torso area of Inmate Roldan and Flores who was attempting to block the foodport. Both inmates complied with staff orders to again prone out. Both Inmate Flores and Roldan were removed from the cell without further incident and escorted to the C Facility Program area.

SUSPECT(S): Flores H-62771 and Roldan H-05477

VICTIM(S): Sergeant M. Atchley and Officer J. Rodriguez

ESCORT(S): Officer J. Ruelas escorted Inmate Flores to the Health Services Annex and secured him in holding cell #4. Inmate Roldan was escorted to the Health Services Annex and secured in holding cell #5 by Officers J. Mora and R. Watters.

USE OF FORCE: Officer J. Rodriguez utilized 3 MK-9's. Officer J. Mora utilized 1 MK-9.

EVIDENCE: Members of the Investigative Services Unit photographed and processed all of the evidence associated with this incident.

MEDICAL/MENTAL HEALTH EVAULATION: RN P. Gross examined Inmates Flores and Roldan and noted no injuries. Inmates Flores and Roldan are not participants in the Mental Health Delivery System at any level of care.

CONCLUSION: Inmate Flores will receive a Rules Violation Report for the specific act of "Battery on a Peace Officer". Inmate Roldan will receive a Rules Violation Report for the specific act of "Willfully Resisting Staff". Inmate Flores was removed from the facility and re-housed in Administrative Segregation pending administrative review.

NOTIFICATIONS: This incident will be referred to the Monterey County District Attorney's Office for possible felony prosecution. All other appropriate Administrative staff were notified of this incident. You will be apprised of any further developments in this matter via supplemental reports.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL A1

| NAME OF REPORTING STAFF (PRINT/TYPE) | TITLE | ID # | BADGE # |
|---|---|---|---|
| J. Celaya | Lt | | |

| SIGNATURE OF REPORTING STAFF | | PHONE EXT. (INCIDENT SITE) | DATE |
|---|---|---|---|
| | | 6502 | 03/20/07 |

| NAME OF WARDEN / AOD (PRINT/SIGN) | | TITLE | DATE |
|---|---|---|---|
| G. Ponder | | Captain | 03/20/07 |

OAG - 022

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**CRIME / INCIDENT REPORT**
**PART B1 - INMATE**
CDCR 837-B1 (07/05)

PAGE _1_ OF _1_

| INSTITUTION | FACILITY | INCIDENT LOG NUMBER |
|---|---|---|
| SVSP | C | SVP-FC3-07-03-0182 |

### INMATE (ENTIRE SHEET)

| NAME: LAST | FIRST | MI | CDC # | SEX | ETHNICITY | FBI # | CII # |
|---|---|---|---|---|---|---|---|
| Flores | George | | H62771 | M | Hisp | | |

| CHECK ONE | CLASS SCORE | PV RTC | DATE REC'D BY CDC | DATE REC'D BY INST | ANTICIPATED RELEASE DATE | EXTRACTION | DOB | HOUSING ASSIGN. |
|---|---|---|---|---|---|---|---|---|
| ☐ VICTIM | | ☐ YES ☒ NO | | | | ☐ YES ☒ NO | | |
| ☒ SUSPECT | | | | | | | | |
| ☐ WITNESS | ☐ CCCMS ☐ MHCB | ☐ EOP ☐ DDP | ☐ DPP ☒ N/A | DMH | COMMITMENT OFFENSE | | COUNTY OF COMMITMENT | |

DESCRIPTION OF INJURIES:

PRISON GANG / DISRUPTIVE GROUP

☒ N/A

| ☐ HOSPITALIZED | ☐ TREATED & RELEASED | ☐ REFUSED TREATMENT ☒ N/A | NAME/LOCATION OF HOSP./TREAT. FACILITY ☒ N/A |
|---|---|---|---|
| ☐ DECEASED DATE: _____ | | | |

| NAME: LAST | FIRST | MI | CDC # | SEX | ETHNICITY | FBI # | CII # |
|---|---|---|---|---|---|---|---|
| Roldan | Victor | | H05477 | M | Hisp | | |

| CHECK ONE | CLASS SCORE | PV RTC | DATE REC'D BY CDC | DATE REC'D BY INST | ANTICIPATED RELEASE DATE | EXTRACTION | DOB | HOUSING ASSIGN. |
|---|---|---|---|---|---|---|---|---|
| ☐ VICTIM | | ☒ YES ☐ NO | | | | ☐ YES ☒ NO | | |
| ☒ SUSPECT | | | | | | | | |
| ☐ WITNESS | ☐ CCCMS ☐ MHCB | ☐ EOP ☐ DDP | ☐ DPP ☒ N/A | DMH | COMMITMENT OFFENSE | | COUNTY OF COMMITMENT | |

DESCRIPTION OF INJURIES:

PRISON GANG / DISRUPTIVE GROUP

☒ N/A

| ☐ HOSPITALIZED | ☐ TREATED & RELEASED | ☐ REFUSED TREATMENT ☒ N/A | NAME/LOCATION OF HOSP./TREAT. FACILITY ☒ N/A |
|---|---|---|---|
| ☐ DECEASED DATE: _____ | | | |

| NAME: LAST | FIRST | MI | CDC # | SEX | ETHNICITY | FBI # | CII # |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| CHECK ONE | CLASS SCORE | PV RTC | DATE REC'D BY CDC | DATE REC'D BY INST | ANTICIPATED RELEASE DATE | EXTRACTION | DOB | HOUSING ASSIGN. |
|---|---|---|---|---|---|---|---|---|
| ☐ VICTIM | | ☐ YES ☐ NO | | | | ☐ YES ☐ NO | | |
| ☐ SUSPECT | | | | | | | | |
| ☐ WITNESS | ☐ CCCMS ☐ MHCB | ☐ EOP ☐ DDP | ☐ DPP ☐ N/A | DMH | COMMITMENT OFFENSE | | COUNTY OF COMMITMENT | |

DESCRIPTION OF INJURIES:

PRISON GANG / DISRUPTIVE GROUP

☐ VALIDATED  ☐ ASSOCIATED  ☐ N/A

☐ N/A

| ☐ HOSPITALIZED | ☐ TREATED & RELEASED | ☐ REFUSED TREATMENT ☐ N/A | NAME/LOCATION OF HOSP./TREAT. FACILITY ☐ N/A |
|---|---|---|---|
| ☐ DECEASED DATE: _____ | | | |

| NAME: LAST | FIRST | MI | CDC # | SEX | ETHNICITY | FBI # | CII # |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| CHECK ONE | CLASS SCORE | PV RTC | DATE REC'D BY CDC | DATE REC'D BY INST | ANTICIPATED RELEASE DATE | EXTRACTION | DOB | HOUSING ASSIGN. |
|---|---|---|---|---|---|---|---|---|
| ☐ VICTIM | | ☐ YES ☐ NO | | | | ☐ YES ☐ NO | | |
| ☐ SUSPECT | | | | | | | | |
| ☐ WITNESS | ☐ CCCMS ☐ MHCB | ☐ EOP ☐ DDP | ☐ DPP ☐ N/A | DMH | COMMITMENT OFFENSE | | COUNTY OF COMMITMENT | |

DESCRIPTION OF INJURIES:

PRISON GANG / DISRUPTIVE GROUP

☐ VALIDATED  ☐ ASSOCIATED  ☐ N/A

☐ N/A

| ☐ HOSPITALIZED | ☐ TREATED & RELEASED | ☐ REFUSED TREATMENT ☐ N/A | NAME/LOCATION OF HOSP./TREAT. FACILITY ☐ N/A |
|---|---|---|---|
| ☐ DECEASED DATE: _____ | | | |

OAG - 023

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**CRIME / INCIDENT REPORT**
**PART B2- STAFF**
CDCR 837-B2 (07/05)

PAGE __1__ OF __2__

| INSTITUTION | FACILITY | INCIDENT LOG NUMBER |
|---|---|---|
| SVSP | C | SVP-FC3-07-03-0182 |

### STAFF (ENTIRE SHEET)

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| Celaya | J. | | Lieutenant | M | Phil | F/S |

| CHECK ONE | BADGE # | POST ASSIGN # | POSITION |
|---|---|---|---|
| ☐ PRIMARY  ☐ CAMERA  ☒ RESPONDER  ☐ WITNESS  ☐ VICTIM | | | Fac C Prog Lt. |

DESCRIPTION OF INJURIES:  ☒ N/A

| HOSPITALIZED / TREATED | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE | PROCESSED EVIDENCE |
|---|---|---|---|
| ☐ HOSPITALIZED  ☐ TREATED & RELEASED  ☐ REFUSED TREATMENT  ☐ DECEASED DATE:_____  ☒ N/A | ☒ N/A | ☐ YES  ☒ NO  TYPE:_____ | ☐ YES  ☒ NO |

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| Atchley | M. | | Sergeant | M | Wht | W/T |

| CHECK ONE | BADGE # | POST ASSIGN # | POSITION |
|---|---|---|---|
| ☒ PRIMARY  ☐ CAMERA  ☐ RESPONDER  ☐ WITNESS  ☐ VICTIM | | | Fac C Hsg Sgt. |

DESCRIPTION OF INJURIES: Exposure to an unknown caustic substance  ☐ N/A

| HOSPITALIZED / TREATED | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE | PROCESSED EVIDENCE |
|---|---|---|---|
| ☐ HOSPITALIZED  ☒ TREATED & RELEASED  ☐ REFUSED TREATMENT  ☐ DECEASED DATE:_____  ☐ N/A | Fac C Medical  ☐ N/A | ☐ YES  ☒ NO  TYPE:_____ | ☐ YES  ☒ NO |

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| Rodriguez | J. | | Officer | M | Hisp | F/S |

| CHECK ONE | BADGE # | POST ASSIGN # | POSITION |
|---|---|---|---|
| ☒ PRIMARY  ☐ CAMERA  ☐ RESPONDER  ☐ WITNESS  ☐ VICTIM | | | C2 Yard #2 |

DESCRIPTION OF INJURIES: Exposure to an unknown caustic substance  ☐ N/A

| HOSPITALIZED / TREATED | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE | PROCESSED EVIDENCE |
|---|---|---|---|
| ☐ HOSPITALIZED  ☒ TREATED & RELEASED  ☐ REFUSED TREATMENT  ☐ DECEASED DATE:_____  ☐ N/A | Fac C Medical  ☐ N/A | ☒ YES  ☐ NO  TYPE: MK 9 | ☐ YES  ☒ NO |

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| Mora | J. | | Officer | M | Hisp | W/T |

| CHECK ONE | BADGE # | POST ASSIGN # | POSITION |
|---|---|---|---|
| ☒ PRIMARY  ☐ CAMERA  ☐ RESPONDER  ☐ WITNESS  ☐ VICTIM | | | Fac C2 Yard #2 |

DESCRIPTION OF INJURIES:  ☒ N/A

| HOSPITALIZED / TREATED | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE | PROCESSED EVIDENCE |
|---|---|---|---|
| ☐ HOSPITALIZED  ☐ TREATED & RELEASED  ☐ REFUSED TREATMENT  ☐ DECEASED DATE:_____  ☒ N/A | ☒ N/A | ☒ YES  ☐ NO  TYPE: MK9 | ☐ YES  ☒ NO |

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| Watters | R. | | Officer | F | Blk | F/S |

| CHECK ONE | BADGE # | POST ASSIGN # | POSITION |
|---|---|---|---|
| ☒ PRIMARY  ☐ CAMERA  ☐ RESPONDER  ☐ WITNESS  ☐ VICTIM | | | Fac C2 Yard #4 |

DESCRIPTION OF INJURIES:  ☒ N/A

| HOSPITALIZED / TREATED | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE | PROCESSED EVIDENCE |
|---|---|---|---|
| ☐ HOSPITALIZED  ☐ TREATED & RELEASED  ☐ REFUSED TREATMENT  ☐ DECEASED DATE:_____  ☒ N/A | ☒ N/A | ☐ YES  ☒ NO  TYPE:_____ | ☐ YES  ☒ NO |

OAG - 024

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART B2- STAFF**
CDCR 837-B2 (07/05)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

PAGE __2__ OF __2__

| INSTITUTION | FACILITY | INCIDENT LOG NUMBER |
|---|---|---|
| SVSP | C | SVP-FC3-07-03-0182 |

### STAFF (ENTIRE SHEET)

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| Ruelas | J. | | Officer | M | Hisp | F/S |

| CHECK ONE | BADGE # | POST ASSIGN # | POSITION |
|---|---|---|---|
| ☐ PRIMARY  ☐ CAMERA | | | C3 Floor #2 |
| ☒ RESPONDER | DESCRIPTION OF INJURIES: | | |
| ☐ WITNESS | | | |
| ☐ VICTIM | ☒ N/A | | |

| ☐ HOSPITALIZED   ☐ TREATED & RELEASED | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE ☐ YES  ☒ NO | PROCESSED EVIDENCE |
|---|---|---|---|
| ☐ REFUSED TREATMENT | | | ☐ YES ☒ NO |
| ☐ DECEASED DATE: _____  ☒ N/A | ☒ N/A | TYPE: _____ | |

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| Cano | G. | | Officer | M | Hisp | S/S |

| CHECK ONE | BADGE # | POST ASSIGN # | POSITION |
|---|---|---|---|
| ☐ PRIMARY  ☐ CAMERA | | | C3 Control |
| ☐ RESPONDER | DESCRIPTION OF INJURIES: | | |
| ☒ WITNESS | | | |
| ☐ VICTIM | ☒ N/A | | |

| ☐ HOSPITALIZED   ☐ TREATED & RELEASED | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE ☐ YES  ☒ NO | PROCESSED EVIDENCE |
|---|---|---|---|
| ☐ REFUSED TREATMENT | | | ☐ YES ☒ NO |
| ☐ DECEASED DATE: _____  ☒ N/A | ☒ N/A | TYPE: _____ | |

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| Wilson | C. | | Squad Officer | M | Wht | S/S/H |

| CHECK ONE | BADGE # | POST ASSIGN # | POSITION |
|---|---|---|---|
| ☐ PRIMARY  ☐ CAMERA | | | Squad #4 |
| ☒ RESPONDER | DESCRIPTION OF INJURIES: | | |
| ☐ WITNESS | | | |
| ☐ VICTIM | ☒ N/A | | |

| ☐ HOSPITALIZED   ☐ TREATED & RELEASED | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE ☐ YES  ☒ NO | PROCESSED EVIDENCE |
|---|---|---|---|
| ☐ REFUSED TREATMENT | | | ☒ YES ☐ NO |
| ☐ DECEASED DATE: _____  ☒ N/A | ☒ N/A | TYPE: _____ | |

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| Rivera | P. | | Squad Officer | M | Hisp | S/S/H |

| CHECK ONE | BADGE # | POST ASSIGN # | POSITION |
|---|---|---|---|
| ☐ PRIMARY  ☐ CAMERA | | | Squad #3 |
| ☒ RESPONDER | DESCRIPTION OF INJURIES: | | |
| ☐ WITNESS | | | |
| ☐ VICTIM | ☒ N/A | | |

| ☐ HOSPITALIZED   ☐ TREATED & RELEASED | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE ☐ YES  ☒ NO | PROCESSED EVIDENCE |
|---|---|---|---|
| ☐ REFUSED TREATMENT | | | ☒ YES ☐ NO |
| ☐ DECEASED DATE: _____  ☒ N/A | ☒ N/A | TYPE: _____ | |

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| Gross | P. | | Registered Nurse | F | Wht | T/F |

| CHECK ONE | BADGE # | POST ASSIGN # | POSITION |
|---|---|---|---|
| ☐ PRIMARY  ☐ CAMERA | N/A | N/A | Fac C Medical |
| ☒ RESPONDER | DESCRIPTION OF INJURIES: | | |
| ☐ WITNESS | | | |
| ☐ VICTIM | ☒ N/A | | |

| ☐ HOSPITALIZED   ☐ TREATED & RELEASED | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE ☐ YES  ☒ NO | PROCESSED EVIDENCE |
|---|---|---|---|
| ☐ REFUSED TREATMENT | | | ☐ YES ☒ NO |
| ☐ DECEASED DATE: _____  ☒ N/A | ☒ N/A | TYPE: _____ | |

OAG - 025

# EXHIBIT D

OF CALIFORNIA                                                                DEPARTMENT OF CORRECTIONS

## LES VIOLATION REPORT                         MEPD 06-29-2008

| NUMBER | INMATE'S NAME | | RELEASE/BOARD DATE | INST. | HOUSING NO. | LOG NO. |
|---|---|---|---|---|---|---|
| 1-05477 | ROLDAN | | 1-19-07 | S.V.S.P. | C3-104 | C07-03-002 |

| VIOLATED RULE NO(S). | SPECIFIC ACTS | LOCATION | DATE | TIME |
|---|---|---|---|---|
| C.C.R. §3005(b) | Willfully Obstructing a Peace Officer | Fac "C" Build. 3 #104 | 03/19/07 | 0928 Hrs. |

CIRCUMSTANCES      On 03/19/07, at approximately 0928 hours, I was performing my duties as Facility "C" Housing Sergeant, I went to building C3 to conduct a specific search of cell C3-104, which is assigned to and occupied by Inmates FLORES, (H-62771, C3-104) and ROLDAN, (H-05477, C3-104). During the search, staff would be looking for weapons, indicia, or any signs of gang activity. I summoned Officer J. Rodriguez, Officer R. Watters and Officer J. Mora, to assist in the cell search. As Officers Rodriguez, Watters, Mora and I approached cell C3-104, I observed ROLDAN standing over the toilet of the cell. ROLDAN was looking directly at us. He appeared to be throwing unknown objects into the toilet. Once at the cell front, Officer Watters unlocked the food port as Officer Rodriguez ordered FLORES and ROLDAN to prone out in their cell, with negative results. (Con't See CDC-115-C)

Inmate ROLDAN ▓▓ [is not] a participant in the Mental Health Services Delivery System and is aware of this report.

| REPORTING EMPLOYEE (Typed Name and Signature) | DATE | ASSIGNMENT | RDO'S |
|---|---|---|---|
| ▶ M. Atchley, Correctional Sergeant | 03/22/07 | "C" Housing Sergeant | W/Thur |

| REVIEWING SUPERVISOR'S SIGNATURE | DATE | ☐ INMATE SEGREGATED PENDING HEARING | | |
|---|---|---|---|---|
| ▶ | 3-21-07 | DATE | | LOC. |

| CLASSIFIED | OFFENSE DIVISION: | DATE | CLASSIFIED BY (Typed Name and Signature) | HEARING REFERRED TO | | | |
|---|---|---|---|---|---|---|---|
| ☐ ADMINISTRATIVE ☒ SERIOUS | D | 3/20/07 | ▶ | ☐ HO  ☒ SHO  ☐ SC  ☐ FC | | | |

COPIES GIVEN INMATE BEFORE HEARING

| ☒ CDC 115 | BY: (STAFF'S SIGNATURE) | DATE | TIME | TITLE OF SUPPLEMENT | | |
|---|---|---|---|---|---|---|
| | ▶ | 3-26-07 | 1200 | | | |

| ☒ INCIDENT REPORT LOG NUMBER: SVP- FC3-07-0182 | BY: (STAFF'S SIGNATURE) | DATE | TIME | BY: (STAFF'S SIGNATURE) | DATE | TIME |
|---|---|---|---|---|---|---|
| | ▶ | 3-26-07 | 1200 | ▶ | | |

HEARING  SVP-FC3-07-03-0182

Plea: The charges were read aloud as written to Inmate Roldan, who acknowledged understanding the charges and who entered a plea of Not Guilty.

Findings: Inmate Roldan was found Guilty of violating CCR§ 3005(b); specifically, "Willfully Obstructing a Peace Officer," a Division "D" offense (CCR§ 3323(f)(6)).

Disposition: Assessed 90 days forfeiture of behavioral credits, consistent with a Division "D" offense (CCR§ 3323(f)(6)); Assessed 30 days loss of the following privileges: no telephone use, no quarterly packages, no special purchases and ¼ canteen draw (to begin 04-04-07 and end 05-04-07); Inmate was counseled, warned and reprimanded.

Additional Disposition: None.

Classification Referral: Referred to UCC for program review.

Disposition continued on CDC 115C

| REFERRED TO ☐ CLASSIFICATION  ☐ BPT/NAEA | | | | | |
|---|---|---|---|---|---|
| ACTION BY: (TYPED NAME) | | SIGNATURE | | DATE | TIME |
| E. Moore, Lieutenant | | ▶ | | 5/15/07 | 1575 |
| REVIEWED BY: (SIGNATURE) | DATE | CHIEF DISCIPLINARY OFFICER'S SIGNATURE | | DATE | |
| ▶ G. Ponder, Captain | 5/16/07 | ▶ M. Moore | | 5-21-07 | |
| ☐ COPY OF CDC 115 GIVEN INMATE AFTER HEARING | BY: (STAFF'S SIGNATURE) | | | DATE | TIME |
| | ▶ | | | 5-25-07 | 1200 |

CDC 115 (7/88)

OAG - 026

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

PAGE____OF____

**RULES VIOLATION REPORT - PART C**

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| H-05477 | ROLDAN | C07-03-0020 | S.V.S.P. | 03/19/07 |

☐ SUPPLEMENTAL  ☐ CONTINUATION OF  ☐ 115 CIRCUMSTANCES  ☐ HEARING  ☐ IE REPORT  ☐ OTHER_____

As ROLDAN continued to flush what appeared to be small pieces of rolled, white paper, consistent with gang indicia, FLORES, who was sitting on the lower bunk, stood up next to the cell desk area. Officer Rodriguez, while giving continuous commands to stop and prone out, sprayed ROLDAN with his MK-9, in the upper body and facial area, with negative results. Officer Rodriguez again ordered ROLDAN to stop and prone out, with negative results. ROLDAN then ran back to the lower shelf and retrieved more suspected indicia and ran back to the toilet. Officer Rodriguez then sprayed ROLDAN with O.C. Pepper spray, using a 2nd MK-9, in the upper body and facial area, with negative results. At that time, FLORES grabbed a state cup off the lower book shelf and threw its contents through the open food port. The unknown brown, liquid substance, splashed through the food port and struck me on the jumpsuit, below my waist and on my chest area. As Officer Rodriguez stepped back from the food port, and Officer J. Mora utilized his MK-9 and sprayed FLORES, in the upper body and facial area, with O.C. Pepper spray. At that time both inmates assumed the prone position on the cell floor. As I began to order FLORES to slowly back to the food port and submit to restraints, he jumped to his feet and placed his back to the food port. ROLDAN then used this opportunity to jump to his feet and ran to the back of the cell. I gave several orders for both inmates to stop their actions and prone out, with negative results. ROLDAN then grabbed an object, which was concealed from my view. Using his MK-9, Officer Rodriguez then sprayed ROLDAN in the facial area, with O.C. pepper spray, with negative result. At that time FLORES began to use his body in an attempt to block the spray of O.C. from entering the cell. Officer Rodriguez ordered him to stop and prone out, with negative result. Using his MK-9, Officer Rodriguez then sprayed FLORES and ROLDAN again the facial area, with O.C. Pepper spray, with positive results. Both inmates assumed a prone position on the cell floor. I ordered FLORES to back up to the food port and submit to restraints, with positive results. I then ordered ROLDAN to back up to the food port and submit to restraints, with positive results. At that time, I ordered the cell door open and both inmates were removed. I then instructed Officer Watters and G. Rules to escort both inmates to the Facility "C Patio area for decontamination and medical evaluation.

M. Atchley, Correctional Sergeant

| SIGNATURE OF WRITER | DATE SIGNED |
|---|---|
| | 03/23/07 |

| | GIVEN BY: (Staff's Signature) | DATE SIGNED | TIME SIGNED |
|---|---|---|---|
| ☐ COPY OF CDC 115-C GIVEN TO INMATE | | 3-26-07 | 1700 |

CDC 115-C (5/95)

OSP 99 25082

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# SERIOUS RULES VIOLATION REPORT

| CDC NUMBER | INMATE'S NAME | VIOLATED RULE NO(S). | DATE | INSTITUTION | LOG. NO. |
|---|---|---|---|---|---|
| H-05477 | ROLDAN | C.C.R. §3005(b) | 03/19/07 | S.V.S.P. | 07-03-0020 |

REFERRAL FOR FELONY PROSECUTION IS LIKELY IN THIS INCIDENT  ☐ YES  ☒ NO

## POSTPONEMENT OF DISCIPLINARY HEARING

| | INMATE'S SIGNATURE | DATE |
|---|---|---|
| ☐ I DO NOT REQUEST my hearing be postponed pending outcome of referral for prosecution. | ▶ N/A | |
| ☐ I REQUEST my hearing be postponed pending outcome of referral for prosecution. | ▶ N/A | |

| DATE NOTICE OF OUTCOME RECEIVED | DISPOSITION |
|---|---|
| | N/A |

| | INMATE'S SIGNATURE | DATE |
|---|---|---|
| ☐ I REVOKE my request for postponement. | ▶ N/A | |

## STAFF ASSISTANT

| STAFF ASSISTANT | | INMATE'S SIGNATURE | DATE |
|---|---|---|---|
| ☐ REQUESTED | ☐ WAIVED BY INMATE | ▶ | |
| ☐ ASSIGNED | DATE          NAME OF STAFF | | |
| ☒ NOT ASSIGNED | REASON  ON MC per title 15 CCR 3215 | | |

## INVESTIGATIVE EMPLOYEE

| INVESTIGATIVE EMPLOYEE | | INMATE'S SIGNATURE | DATE |
|---|---|---|---|
| ☐ REQUESTED | ☐ WAIVED BY INMATE | ▶ | |
| ☐ ASSIGNED | DATE          NAME OF STAFF | | |
| ☒ NOT ASSIGNED | REASON  On MC per title 15 CCR 3215 | | |

EVIDENCE / INFORMATION REQUESTED BY INMATE:

## WITNESSES

WITNESSES REQUESTED AT HEARING (IF NOT PRESENT, EXPLAIN IN FINDINGS)

☐ REPORTING EMPLOYEE   ☐ STAFF ASSISTANT   ☐ INVESTIGATIVE EMPLOYEE   ☐ OTHER _____   ☒ NONE

| WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED | WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED |
|---|---|---|---|---|---|
| | ☐ | ☐ | | ☐ | ☐ |
| | ☐ | ☐ | | ☐ | ☐ |

INVESTIGATIVE REPORT: Investigative Employees must interview the inmate charged, the reporting employee, and any others who have significant information, documenting the testimony of each person interviewed. Review of files, procedures, and other documents may also be necessary.

| | INVESTIGATOR'S SIGNATURE | DATE |
|---|---|---|
| | ▶ | |

| | BY: (STAFF'S SIGNATURE) | TIME | DATE |
|---|---|---|---|
| ☐ COPY OF CDC 115-A GIVEN INMATE | | 1200 | 3-26-07 |

CDC 115-A (7/88)

— *If additional space is required use supplemental pages* —

OSP 03 74845

OAG - 028

STATE OF CALIFORNIA                                          L..?ARTMENT OF CORRECTIONS

RULES VIOLATION REPORT - PART C                              PAGE ___1___ OF ___2___

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| H-05477 | Roldan | C07-03-0020 | SVSP | 04-05-07 |

☐SUPPLEMENTAL    ☐CONTINUATION OF:    ☐CDC 115 CIRCUMSTANCES    ☑HEARING    ☐I.E REPORT    ☐OTHER

**Hearing:** The hearing convened on 04-04-07, at approximately 1830 hours when I introduced myself to Roldan as the Senior Hearing Officer for this disciplinary. Roldan stated he was in good health with normal hearing and vision. Roldan acknowledged that he received copies of the following documents more than 24 hours in advance of the hearing: CDC-115 and Incident Report #SVP-FC3-07-03-0182. These reports as well as the disciplinary charge of "Willfully Obstructing a Peace Officer" were reviewed with Roldan in the hearing. Roldan stated that he understood both and that he was prepared to begin the hearing.

**MHSDS:** Roldan is not a participant in the Mental Health Services Delivery System.

**Date of discovery:** 03-19-07                     **Initial RVR copy issued on:** 03-26-07
**Hearing completed on:** 04-04-07                  **Last document issued to inmate on:** 03-26-07
**D.A. Postponed date:** N/A                        **Date D.A. results issued:** N/A

**Due Process:** The disciplinary was served on Roldan within 15 days of discovery and the hearing has been held within 30 days of service. Roldan received his copies of all documents more than 24 hours in advance of the hearing. Time constraints have been met. There are no due process issues.

**Staff Assistant (SA):** Roldan (GPL 12.9) does not meet the criteria for the assignment of a staff assistant per CCR§ 3315. Per the CDC 115-A, Garcia has not requested SA assignment.

**Investigative Employee (IE):** An IE was not assigned as the issues are not complex and the available information is sufficient. Per the CDC 115-A, Roldan has not requested IE assignment.

**D.A. Referral:** This matter was not referred to the Monterey County District Attorney's Office.

**Evidence Requested or Used:** Roldan did not request that evidence be produced for this hearing at the time he was issued a copy of the CDC-115A. Roldan did not request evidence be produced at the hearing.

**Video and Photo Evidence:** No videotape or photo evidence was utilized in the adjudication or fact finding process of this CDC-115 Rules Violation Report.

**Inmate Plea and Statement:** Roldan entered a plea of "Not Guilty," stating, "No comment."

**Request for Witnesses:** Roldan did not request witnesses for this hearing at the time he was issued a copy of the CDC-115A. Roldan did not request witnesses at the hearing. No witnesses were requested by the SHO.

**Witness Testimony at Hearing:** No witness testimony was provided at the hearing.

**Confidential Information:** Confidential information was not used in the adjudication of this 115.

**Findings:** Roldan is found **guilty** of the charged offense of violating CCR§ 3005(b); for the specific act of, "Willfully Obstructing a Peace Officer," a Division 'D' offense (CCR§ 3323(f)(6)). This offense requires evidence that the inmate took a deliberate action that qualifies as resisting, delaying or obstructing a staff member, this action affected the ability of the staff member to perform his or her assigned duties and this staff member was a peace officer. The evidence used to render this finding included:

| SIGNATURE OF WRITER | | TITLE | DATE NOTICE SIGNED |
|---|---|---|---|
| E. Moore | | Correctional Lieutenant | 5/15/07 |
| COPY OF CDC-115-C GIVEN TO INMATE | GIVEN BY: (STAFF'S SIGNATURE) | DATE SIGNED: | TIME SIGNED: |
| | | 5-25-07 | 1200 |

OAG - 029

STATE OF CALIFORNIA                                          DEPARTMENT OF CORRECTIONS

RULES VIOLATION REPORT - PART C                             PAGE __2__ OF __2__

| CDC NUMBER H-05477 | INMATE'S NAME Roldan | LOG NUMBER C07-03-0020 | INSTITUTION SVSP | TODAY'S DATE 04-05-07 |
|---|---|---|---|---|

☐SUPPLEMENTAL   ☐CONTINUATION OF:   ☐CDC 115 CIRCUMSTANCES   ☑HEARING   ☐LE REPORT   ☐OTHER

1.) The testimony of Correctional Sergeant M. Atchley in the disciplinary report of 03-19-07 wherein Atchley testifies that Atchley initiated a search of Facility C, Housing Unit #3, Cell C3-104, jointly occupied by Roldan (H-05477) and Flores (H-62771), with the assistance of Correctional Officer J. Rodriguez, Correctional Officer R. Watters and Correctional Officer J. Mora. Sergeant Atchley indicates that staff would be searching for weapons, indicia and evidence of gang activity. Sergeant Atchley further testifies that he observed Roldan ignore Officer Rodriguez's orders to prone out on the cell floor. Roldan proceeded to successfully dispose of several unidentified objects, suspected to be gang indicia and/or evidence of criminal activity, utilizing the cell toilet. Roldan continued to ignore staff orders, even after being exposed to O.C. Pepper Spray, and successfully disposed of several more unidentified items which potentially held evidentiary value. Only after being exposed to a large amount of O.C. Pepper Spray did Roldan comply with staff orders. Roldan's actions during this incident seriously affected Sergeant Atchley and the officer's ability to conduct a safe and effective search of Cell C3-104.

2.) The testimonies of Correctional Officer J. Rodriguez and Correctional Officer J. Mora in Incident Report #SVP-FC3-07-03-0182 dated 03-19-07 wherein they each individually testify that they observed Roldan ignore Officer Rodriguez's orders to prone out after they had initiated a cell search and proceed to use the cell toilet to dispose of several items which potentially held evidentiary value.

3.) Roldan declined to present any evidence or testimony during the hearing that would support Roldan's plea of "Not Guilty."

Base on the aforementioned facts, this SHO finds the preponderance of the evidence has been met to render and sustain a finding of guilt on the charged offense of violating CCR§ 3005(b); specifically, "Willfully Obstructing a Peace Officer," a Division 'D' offense (CCR§3323 (f)(6)).

**Additional Disposition:** None.

**Enemy Concerns:** There are no enemy concerns related to this disciplinary hearing.

**Appeal Rights:** Roldan was advised that the disposition of this Rules Violation Report would not become final until approved by the Chief Disciplinary Officer at which time he will receive a final copy of the completed CDC-115. Roldan was also advised of his right to appeal the findings of this hearing, the methods of appealing, and credit restoration rights pursuant to CCR§ 3327 & 3328, governing the restoration of forfeited credits.

| SIGNATURE OF WRITER E. Moore | TITLE Correctional Lieutenant | DATE NOTICE SIGNED 5/15/07 | |
|---|---|---|---|
| COPY OF CDC-115-C GIVEN TO INMATE | GIVEN BY: (STAFF'S SIGNATURE) | DATE SIGNED: 5-25-07 | TIME SIGNED: 1000 |

OAG - 030

Case 5:09-cv-02898-RMW    Document 30-2    Filed 05/21/10    Page 13 of 13

-3-14

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS

# NOTICE OF CLASSIFICATION HEARING
## CDC 128 - B1 (Rev 2/95)

| INMATE NAME | CDC NUMBER | TODAY'S DATE |
|---|---|---|
| Roldan | H-05477 | 04-04-07 |

YOU WILL APPEAR BEFORE A CLASSIFICATION COMMITTEE ON _____ FOR CONSIDERATION OF A
MAJOR PROGRAM CHANGE AS FOLLOWS:

☐ TRANSFER          ☐ INCREASE IN CUSTODY          ☐ ASSIGNMENT TO SECURITY HOUSING

☐ REMOVAL FROM PROGRAM     ☒ OTHER   Program Review

REASON:

On 04-04-07 you were found guilty of Rules Violation Report Log # C07-03-0020 for the specific act of "Willfully Obstructing a Peace Officer."

| STAFF: NAME | | |
|---|---|---|
| E. Moore | | Lieutenant |

ROUTING INSTRUCTIONS: ORIGINAL - CLASSIFICATION COMMITTEE     COPY - INMATE

OAG - 031