*E-FILED - 11/30/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR ARTHUR ROLDAN, | No. C 09-2898 RMW (PR) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION |
| v. | |
| CORRECTIONAL OFFICER J. RODRIGUEZ, et al., | |
| Defendants. | (Docket No. 24) |

Plaintiff, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On April 20, 2010, defendant's filed a motion for extension of time to file their dispositive motion on or before May 21, 2010. On May 21, 2010, defendant's filed a motion for summary judgment and a motion to dismiss. Defendants' motion for extension of time is GRANTED and deemed timely filed. This matter is submitted and ready for disposition.

This order terminates docket no. 24.

IT IS SO ORDERED.

Dated:  11/30/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Defendants' Enlargement of Time to file Dispositive Motion
P:\PRO-SE\SJ.Rmw\CR.09\Roldan898.eot-dm.wpd