*E-FILED - 1/27/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VICTOR ARTHUR ROLDAN, | ) | No. C 09-2898 RMW (PR) |
| Plaintiff, | ) ) | JUDGMENT |
| vs. | ) ) | |
| CORRECTIONAL OFFICER J. RODRIGUEZ, et al., | ) ) ) | |
| Defendants. | ) ) | |

The court has granted defendants' motion for summary judgment and motion to dismiss. Judgment is entered in favor of defendants and against plaintiff.  The clerk shall close the file.

IT IS SO ORDERED.

DATED: 1/25/11

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.09\Roldan898jud.wpd